[No. 27225-3-II. Division Two. December 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
EDWARD D. LOCKE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-00846-3, Leila Mills, J., entered April 18, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Houghton, J.

[No. 28902-4-II. Division Two. December 23, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v.
PERRY LEE LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00887-8, Stephen M. Warning, J., entered May 24, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 28939-3-II. Division Two. December 23, 2003.]

*In the Matter of the Marriage of* ELENA G. MCCARTY,
*Respondent*, and CHARLES M. MCCARTY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-3-00777-2, M. Karlynn Haberly, J., entered June 7, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 29108-8-II. Division Two. December 23, 2003.]

*In the Matter of the Marriage of* RICHARD DENT,
*Respondent*, and JEANNIE DENT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-5-50308-1, Christine A. Pomeroy, J., entered August 16, 2002. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Armstrong, JJ.